IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CONRADO TENORIO; ESTELA J. TENORIO, | ) ) ) | CIVIL 11-00038-DAE-KSC |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| FREMONT INVESTMENT AND LOAN; CITY MORTGAGE LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; DOES 1-100, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION</u>

Findings and Recommendation having been filed on July 6, 2011 and served

on all parties on July 7, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS

AND RECOMMENDATION TO DISMISS THIS ACTION WITHOUT

PREJUDICE," docket entry no. 16, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 4, 2011.



_____
David Alan Ezra
United States District Judge

Conrado Tenorio, et al. vs. Fremont Investment and Loan, et al., Civil No. 11-00038 DAE-KSC; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION